UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
21 MAR 24 PM 1:47
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

MEAH VIRGE
V
UNITED STATES OF AMERICA

CASE 1:17-CR-076
1:20-CV-260

JUDGE BARRETT

MOTION FOR EXTENSION TO RESPOND

I MEAH VIRGE RECIEVED THE GOVERMENTS RESPONSE TO MY SUPPLEMENT 2255 ON MARCH 19, 2021. THEIR RESPONSE WAS FILED ON MARCH 5, 2021. I AM REQUSTING THE COURT FOR AN EXTENSION SO THAT I AM ABLE TO RESPOND BACK.

Respectfully Submitted

Meah Virge 76968-061
P.O Box 3600
Bruceton Mills, WV
26525

CERTIFICATE OF SERVICE

MAILED MARCH 21, 2021 TO UNITED STATE CLERK OFFICE

Meah Virge 76968061
P.O Box 3000
Bruceton Mills
WV, 26525

Mailed
3-21-21
Legal Mail

PITTSBURGH PA 150
22 MAR 2021 PM 2 L

Office of the Clerk
United States District Court
100 East Fifth Street, Room 103
Cincinnati, Ohio
45202

45202-397699